UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 4:17–cr–00669

Julia Poff

## Notice of Resetting

**A proceeding has been reset in this case as to Julia Poff as set forth below.**

TIME CHANGE ONLY.

**BEFORE:**
**Judge Vanessa D Gilmore**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/2/2018

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   March 23, 2018                                              David J. Bradley, Clerk