USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2016R20467
Magistrate Number:

United States Courts
Southern District of Texas
FILED

MAR 28 2018

Filed David J. Bradley, Clerk of Court

No. H CR 17-669-S

SUPERSEDING INDICTMENT

Judge: VANESSA GILMORE

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**

RYAN K. PATRICK, USA  (713) 567-9000

RALPH E. IMPERATO/STEVEN MELLIN, AUSAs  (713) 567-9000

JULIA GOTTSELIG POFF,

Defendant.

Ashley Louise Kaper — Appt'd [X]

---

Ct. 1: Injurious Articles as Nonmailable [18 U.S.C. §§ 1716(a), 1716(j)(2) and 2]

Ct. 2: Using a Destructive Device During or in Relation to a Crime of Violence [18 U.S.C. § 924(c)(1)(A) and (B)(ii)]

Ct. 3: Transportation of Explosives with the Intent to Kill and Injure [18 U.S.C. §§ 844(d) and 2]

Ct. 4: Using a Destructive Device During or in Relation to a Crime of Violence [18 U.S.C. § 924(c)(1)(A), (B)(ii) and (C)(ii)]

Ct. 5: Transportation of Explosives with the Intent to Kill and Injure [18 U.S.C. §§ 844(d) and 2]

Ct. 6: Using a Destructive Device During or in Relation to a Crime of Violence [18 U.S.C. § 924(c)(1)(A), (B)(ii) and (C)(ii)]

Ct. 7: Supplemental Nutrition Assistance Program Fraud [7 U.S.C. § 2024(b)]

Page 2 of 2

CHARGE: Cts. 8 & 9: False Declaration in Bankruptcy [18 U.S.C. § 152(3) and 2]
(TOTAL)
(COUNTS:)
( 9 )

**PENALTY:**

Cts. 1 & 7: Up to 20 years imprisonment; up to $250,000 fine; up to 3 years SRT; $100 SA.

Ct. 2: Not less than 30 years imprisonment; up to $250,000 fine; up to 5 years SRT; $100 SA.

Cts. 3 & 5: Up to 10 years imprisonment; up to $250,000 fine; up to 3 years SRT; $100 SA.

Cts. 4 & 6: Not less than 30 years imprisonment, if second or subsequent conviction under this section, life imprisonment; up to $250,000 fine; up to 5 years SRT; $100 SA.

Cts. 8 & 9: Up to 5 years imprisonment; up to $250,000 fine; up to 3 years SRT; $100 SA.

[✓] In Jail   FDC Houston - USMS# 30835479

**NAME & ADDRESS of Surety:**

[ ] On Bond

[ ] No Arrest

**PROCEEDINGS:**