April 8, 2019

VANESSA D. GILMORE
U.S. DISTRICT JUDGE

APR 09 2019

RECEIVED IN CHAMBERS

Vanessa Gilmore
Honorable Judge United States District Court
Courtroom 9A
515 Rusk Street
Houston, Texas 77002

RE:  United States of America v. Julia Poff, Case No. H-17-0669

Dear Honorable Judge Gilmore:

    In an email I received on Saturday morning I was notified that finally my attorneys are going to ask for a hearing for my medical issues. They are going to request transfer to a medical facility but being transferred to a "prison" is not the answer. It is also a violation of the Fifth amendment of punishment before the adjudication of guilt. Along with that it would cause me to endure more punishment by not being able to see my family including my eight (8) year old son who I see every Sunday. The government has already punished me from being able to see my husband of 22 years that Judge Johnson even authorized over six weeks ago and still hasn't been allowed. It would also hinder my ability to adequately prepare for my own trial if and whenever there is one. There is supposed to be the presumption of innocence until proven guilty but for 17 months now that has been ignored and I have been detained for something my family and I had absolutely nothing to do with. We have the right to a trial by a jury but I don't think we should be punished in exercising that right. The sole purpose of detention is to assure appearance at trial and not to be used as punishment as it has been in my case. Don't you think that someone truly innocent has more motivation than others to be at their trial to fight for their freedom and clear their name especially someone who has been slandered by the news media as I have been? Furthermore, every member of my family is willing to sign a statement assuring my appearance at trial as well.

    My medical issues started in 2013 and by the end of that year I was pretty much bedridden. When I did get up to go to the doctors I had to walk with a cane and I was on about 13 medications including morphine for pain. In May 2015 by God's blessing I was told about some vitamins that were making a difference in people's lives and so I tried them. Slowly but surely I was able to start weaning myself off of all of my medications. In October 2016 the week all this craziness happened I was told I was in complete remission and the only medication I was on was Hydrochloriquine for my Lupus. I was also able to walk again on my own. So when given a second chance at life why would I do something as stupid as all of this? I was feeling blessed and we were truly grateful for this small miracle. Over a year later as I was getting my life back on track I was indicted and arrested. I was such a danger to

Page 2

society that I was escorted from my house WITHOUT any handcuffs on. In fact I believe there are court documents filed that say, "NO, I am not a danger to society," shortly before my arrest. I can't be a flight risk because all of my family is local and I have lived here pretty much all of my life. When all of this happened my family and I cooperated in full with everyone maintaining our innocence from day one (1) to today 30 months later. We voluntarily gave them everything they requested and agreed to interviews all over town. I even made the trip to Bryan, Texas several times even when I didn't have the money or gas to. I called my mother and had money wired because I wouldn't dare say, "No, I can't go." At the bond hearing the only one who testified was an FBI agent, no one else was allowed to and he lied under oath but I forget he actually has a "license to lie." He talked about being a danger to society because they were looking at filing more fraud charges- well 17 months later NO additional fraud charges have been filed. Fraud is also not enough to detain someone for. After getting here to FDC I was tested for my illnesses and it was determined that I do in fact have Lupus but it took them 315 days to get me the medication for it. Why? I even voluntarily signed releases so they could contact my doctor. But that wasn't good enough so it took me that long just to see an outside Rheumatologist. On September 17, 2018 when I saw them they did more blood test and diagnosed me with a new condition called, "Raynaud's Syndrome." I was supposed to follow up with them in December to review that blood work, and it's now April 2019 and I still have NOT been back. I suffer daily in my bed with pains all over, in fact I stay in my bed 21 out of 24 hours a day. I have earned over 15 certificates and read over 300 books. With the Raynaud's syndrome, I take a heart medication (Procardia) for it but my fingers and toes still turn purple and sometimes even black in the cold conditions I am exposed to. I am truly worried about permanently losing all feelings in my fingertips due to the exposure. This has also hampered me from from being able to review the so called evidence with my attorney because of the pain and being so cold and not being allowed to wear any protective clothing. Back when I was bedridden before I was on 13 medications, today I am back on 9, and have to take Tylenol and Ibuprofen as needed to help with the pains. I have also again lost my mobility and have to use a cane. Then now another new issue I am having to deal with is these bleeding issues. In a prior letter to you I said I had been bleeding for over 60 days. In fact, I was bleeding from June 26 through August 31, 2018 (65 days), in October it seemed normal for only seven (7) days and then on December 31, 2018 it started again. That time lasted until January 27, 2019 (28 days), and then the latest was February 14th to March 29th (42 days). In fact for 2019, there has been less than 25 days out of the whole year that I have NOT been bleeding, no wonder why my blood levels are falling and I am severely anemic. In August 2018 when I went to the emergency room finally I was told I needed to have a hysterectomy but here they are more interested in putting me

through a painful biopsy procedure. I guess if anything is going to get done I have to agree or continue to suffer until I bleed out.

I really thought the American justice system was fair and just until I am now a part of it. A disabled grandma being held for over 17 months for something that she had nothing to do with and considered a danger to society. A conviction based on lies seems to be more important than justice in this case. In the United States Supreme Court case of Baker v. McCollan, it even states "mere detention pursuant to a valid warrant but in the face of repeated protests of innocence will after the lapse of a certain amount of time deprive the accused of 'liberty' without due process of law." Is 17 months enough time especially after 30 months of repeated protests of innocence? Then I read 5th Circuit cases of others who were more dangerous than me and still released on conditions of bond for due process violations for shorter time periods than 17 months. Like Hare, who was indicted on 16 counts, had prior drug convictions and still on parole but yet "released on conditions" after 10 months. Next you have Jackson, who was indicted on 6 counts of drug charges, been arrested before for burglary, EXPLOSIVES, and others who was also "released on conditions." Then you have Barnett, who was indicted for murder for hire which is a crime of violence who was also "released with conditions." Another one is Aron who was indicted on 9 counts including murder for hire and carrying a firearm who was "released with conditions." Let's keep going Mackie and Hogan out of the 1st Circuit indicted on 40 counts of drugs and firearms "released with conditions" also with prior convictions, then Gatto, extensive charges and a criminal history "released on conditions" after 15 months because of due process violations. Then Theron, filed a Writ of Mandamus in the 10th Circuit, he was indicted on 64 counts and he cited 18 U.S.C. Section 3164 for detention longer than 90 days and no "automatic review of detention," and was released after 4 months for due process. I have been detained over 500 days and never given an "automatic review of detention" as stated in the code. Then Lofranco, filed a Habeas Corpus and was released after 6 months for due process violations. I have also filed a Habeas Corpus in November 2018 and it has been ignored as well as everything else and is still pending. "Continued confinement for a period over eight (8) months, solely on the ground of dangerousness, is a violation of due process since it inflicted punishment without an adjudication of guilt," according to the 2nd Circuit in the Frisone case. These are only a handful of cases, there are many more I could name but I don't think it's necessary. I know a huge one that favors a long term detention that comes to mind was the Stanford case out of the 5th Circuit and comparing me to him is outrageous because I don't have millions of dollars hidden away to run away on and I didn't scam people out of millions of dollars. I didn't commit any crimes unlike him and last I heard his detention was not over 17 months like mine is scheduled to be nor did he have serious medical issues.

We were a normal American family living just above poverty level when all of this happened.

I have been on probation and deferred adjudication before for misdemeanor charges and completed them satisfactorily with NO violations. In fact I am one of the few people who can honestly say they have never done any drugs. My alcohol intake is also very seldom when I chose to enjoy a margarita while out with my husband. <u>I OPENLY AGREE TO ANY CONDITIONS THAT THE COURT WISHES TO IMPOSE ON ME.</u> Truly, I tell you I wish the person or persons responsible for all of this would have just killed me out of revenge and retaliation instead of involving innocent people as they did or making my family suffer the way we all have for the last 30 months and continue to. My parents taught me that violence never solves anything and evil will never prevail. If you do a crime then you must do the time but I didn't do a crime so why must I do any time? I believe that dreams do come true and too many have had them showing my release. So I know I will be freed from all these charges one day because God knows the truth and the truth is what will set me free.

Thank you for taking the time to read this and allowing me to have a voice in what I am currently going through. This letter is in no way meant to be offensive or agressive, I am only exercising my First amendment rights to freedom of speech which is the only way I have ever expressed my feelings to anyone.


Sincerely,

*Julia Poff*
Julia Poff

Julia Poff # 30835-479
Federal Detention Center - Houston 3E
P.O. BOX 526255
Houston, Tx 77052-6255

Special Legal Mail

Vanessa Gilmore
United States District Court Judge
Courtroom 9A
515 Rusk Street
Houston, Tx 77002

United States Courts
Southern District of Texas
FILED
APR 09 2019
David J. Bradley, Clerk of Court

77002-262399